09-CR-05367-INFO

FILED
RECEIVED
LODGED
MAY 21 2009
BY WESTERN CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR09-5367 |
| Plaintiff, | |
| v. | INFORMATION |
| SHAYLA K. JARVIS, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about February 6, 2009, at Fort Lewis, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, SHAYLA K. JARVIS did take and carry away with intent to steal and purloin, property of the United States located at the Fort Lewis Main Exchange, of a value not in excess of One Thousand Dollars ($1,000.00).

All in violation of Title 18, United States Code, Sections 7 and 641.

DATED this 20th day of MAY, 2009.

JEFFREY C. SULLIVAN
United States Attorney

CASEY NEWCOMB
Special Assistant United States Attorney

INFORMATION - Page 1
United States v. SHAYLA K. JARVIS

Special Assistant United States Attorney
Office of the Staff Judge Advocate
PO Box 339500 MS 69
Fort Lewis, Washington 98433-0695
(253) 967-0711 – (253) 967-0140 Fax
lewissausa@conus.army.mil